AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKeown, Mary M | Ninth Circuit Court of Appeals | 9/6/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b.  ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Court of Appeals<br>401 West A Street Suite 2000<br>San Diego CA 92101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board of Advisors | RAND Institute for Civil Justice |
| 2.  Board of Advisors | American Judicature Society |
| 3.  Board of Visitors | Georgetown University Law Center |
| 4.  Board of Directors | Association of Business Trial Lawyers - San Diego |
| 5.  Board of Directors | Volunteers of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 SEP 11 A 10: 22
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. Fall 06 | Univ of San Diego Law School - Teaching | $ 10,000 |
| 2. Summer 06 | Seton Hall Law School- Teaching | $ 5,200 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2006 | Self-employed - Consultant |
| 2. 2006 | University of California San Diego |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | The American Law Institute | 1/27/06-1/29-06 Philadelphia, PA - International Intellectual Property Joint Meeting (transportation, lodging, meals) |
| 2. | American Bar Association | 2/10/06 Chicago IL- Judicial Advisory Committee Meeting (transportation, lodging, meals) |
| 3. | American Law Institute - American Bar Association | 2/23/06-02/24/06 San Francisco CA - "Opinion and Expert Testimony in Federal and State Courts" (transportation, lodging, meals) |
| 4. | Rand Institute for Civil Justice | 3/16/06 Santa Monica CA - Board Meeting ( lodging) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKeown, Mary M | 9/6/2007 |

| 5. | University of Washington - Shidler Center for Law, Commerce & Technology | 3/20/06-3/21/06 Seattle WA - Moot Court (transportation) |
|---|---|---|
| 6. | American Bar Association | 4/7/06-4/9/06 Chicago IL- Commission Meeting (transportation, lodging, meals) |
| 7. | Seton Hall University | 6/15/06-6/22/06 Italy - Visiting Professor for law school (transportation, lodging, meals) |
| 8. | The World | 8/9/06-08/22/06 Thailand - Australia Lecture (spouse:transportation, lodging, meals) |
| 9. | American Bar Association | 9/16/06-9/17/06 Chicago IL - Commission meeting (transportation lodging, meals) |
| 10. | Volunteers of America | 10/14/06-10/16/06 Washington DC - Board meeting (transportation, meals) |
| 11. | Association of Business Trial Lawyers | 10/18/06-10/22/06 Maui HI - Seminar/Lecture (transportation, lodging, meals) |
| 12. | Washington State Bar Association | 11/16/06-11/17/06 Seattle WA - Antitrust Seminar (transportation, lodging, meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America #1 | | None | | | Redemption | | M | A | See Part VIII for detail |
| 2. Bank of America #2 | C | Interest | L | T | | | | | |
| 3. Banc of American Investment Services #3 | | | | | | | | | See Part VIII for detail |
| 4. -Cash/Columbia Muni Reserve | A | Interest | J | T | Partial sale | 4/30 | K | A | |
| 5. -Amazon.com | | None | | | Sell | 6/19 | J | A | |
| 6. Time Warner (formerly known as AOL) | A | Dividend | | | Sell | 6/19 | J | A | |
| 7. -EMC Corp Mass | | None | | | Sell | 6/19 | J | A | |
| 8. -Internap Network Svcs | | None | | | Sell | 6/19 | J | A | |
| 9. -MCI Worldcom Inc. | | None | | | Bankrupt | 12/31 | J | A | |
| 10. -McData Corp CL A | | None | | | Sell | 5/19 | J | A | |
| 11. -McLeod Inc. | | None | | | Bankrupt | 12/31 | J | A | |
| 12. -Microsoft | A | Dividend | | | Sell | 7/5 | K | E | |
| 13. - Symbol Tech | A | Dividend | | | Sell | 6/19 | J | A | |
| 14. -United Global/Liberty Global | | None | | | Sell | 6/19 | J | A | |
| 15. Banc of America Investment Services #4 | | | | | | | | | |
| 16. -Cash/Columbia Muni Reserve | A | Dividend | L | T | | | | | |
| 17. Bank of America #5 | | None | | | Acct Closed | | | | See Part VIII for |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | detail |
| 18. Boeing common | A | Dividend | | | Sell | 5/17 | J | A | See Part VIII for detail |
| 19. College Savings Bank - Princeton | C | Interest | L | T | | | | | |
| 20. Bank of America #7 | | | | | | | | | |
| 21. -Conn. State Bonds | | None | J | T | Partial sale | 11/1 | J | A | |
| 22. Bank of America #8 | | | | | | | | | |
| 23. - Bank of America CD | B | Interest | | | Acct closed | 06/06 | M | A | See Part VIII for detail |
| 24. Fidelity #1 | | | | | | | | | See Part VIII for detail |
| 25. -Fidelity Select Tech | | None | | | Sell | 7/5 | J | A | |
| 26. -Janus Worldwide | | None | | | Sell | 7/5 | J | A | |
| 27. Fidelity Annuity #2 | | None | K | T | | | | | |
| 28. -Fidelity VIP Contra | | None | K | T | | | | | |
| 29. -Fidelity VIP Growth | | None | J | T | | | | | |
| 30. IBM common | A | Dividend | | | Sell | 7/5 | J | A | See Part VIII for detail |
| 31. Lincoln Mutual Insurance | A | Interest | J | T | | | | | |
| 32. Minnesota Life Insurance | | None | | | Redemption | 12/31 | J | A | |
| 33. Schwab Acct #1- Markman | | | | | | | | | See Part VIII for |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | detail |
| 34. -Aegis Value | | None | | | Sell | 6/7 | K | B | |
| 35. -Alpine U.S. Real Estate | | None | | | Sell | 7/5 | K | C | |
| 36. -Cash/Schwab Bank Sweep | A | Interest | | | Sell | 7/5 | J | A | |
| 37. -Dreyfus Premier Emerging | A | Dividend | | | Transfer | 4/7 | K | | |
| 38. -FBR Small Cap Financial | A | Dividend | | | Partial sale | 8/9 | J | B | |
| 39. | | | | | Transfer | 9/05 | K | | |
| 40. -FBR Small Cap Fund | | None | | | Partial sale | 8/9 | J | B | |
| 41. | | | | | Transfer | 9/5 | K | | |
| 42. -Matthew Asian Growth | A | Dividend | | | Sell | 7/5 | K | D | |
| 43. -Northeast Investors | B | Dividend | | | Transfer | 9/5 | J | A | |
| 44. -Olstein Fin. Alert | | None | | | Transfer | 9/5 | K | | |
| 45. -PIMCO Emerging Markets | A | Dividend | | | Sell | 6/7 | K | A | |
| 46. -PIMCO Total Return | A | Dividend | | | Sell | 6/7 | K | A | |
| 47. -Stratton Monthly | A | Dividend | | | Sell | 7/5 | K | D | |
| 48. -U.S. Global Inv. | | None | | | Sell | 7/6 | K | E | |
| 49. -Utility Holders Trust | A | Dividend | | | Sell | 8/9 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50.    Schwab Acct #2 | | | | | | | | | See Part VIII for detail |
| 51.    -Cash/Schwab Bank Sweep | A | Interest | | | Sell | 9/5 | J | A | |
| 52.    -Danaher Corp | | None | | | Transfer | 4/7 | J | | |
| 53.    -Jensen | A | Dividend | | | Sell | 7/5 | K | B | |
| 54.    -Qualcomm | A | Dividend | | | Sell | 3/22 | J | A | |
| 55.    -Schwab Value Advantage MMF | B | Dividend | | | Sell | 3/30 | L | A | |
| 56.    Schwab Acct #3 | | | | | | | | | See Part VIII for detail |
| 57.    -Cash/Schwab Bank Sweep | A | Interest | | | Sell | 6/19 | J | A | |
| 58.    -Cisco Systems | | None | | | Sell | 7/5 | J | A | |
| 59.    -EMC Storage | | None | | | Sell | 6/19 | J | A | |
| 60.    -Grupo Simec SA | | None | | | Sell | 6/19 | J | B | |
| 61.    -Intel Corp common | A | Dividend | | | Sell | 8/9 | J | A | |
| 62.    -Internap Network Svc | | None | | | Sell | 6/19 | J | A | |
| 63.    -Julius Baer Intl Equity | | None | | | Transfer | 4/7 | K | | |
| 64.    -Juniper Networks | | None | | | Sell | 6/19 | J | A | |
| 65.    -King Cnty Wash 4.90% 03 | | None | | | Redemption | | J | A | See Part VIII for detail |
| 66.    -Level 3 Communications | | None | | | Sell | 6/19 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67.   -McData | | None | | | Sell | 5/17 | J | A | |
| 68.   -McLeod USA Inc. | | None | | | Bankrupt | 12/31 | J | A | |
| 69.   -Microsoft Corp | A | Dividend | | | Sell | 7/5 | K | A | |
| 70.   -Nextel /Sprint | A | Dividend | | | Sell | 6/19 | K | D | |
| 71.   -Nortel Networks CP New | A | Dividend | | | Sell | 6/19 | J | A | |
| 72.   -Openwave Systems | | None | | | Sell | 5/17 | J | A | |
| 73.   -Pioneer Muni Bond Fund | A | Dividend | | | Sell | 8/9 | J | A | |
| 74.   -Quantum Foreign Value Fund | A | Dividend | | | Sell | 8/9 | J | B | |
| 75.   -Silicon Image Inc. | | None | | | Sell | 6/19 | J | A | |
| 76.   -T.Rowe Price Financial | A | Dividend | | | Transfer | 4/7 | J | | |
| 77.   -Vitesse Semiconductor | | None | | | Sell | 6/19 | J | A | |
| 78.   Schwab Acct #4 | | | | | | | | | |
| 79.   -Alger American Growth | | None | K | T | | | | | |
| 80.   -American Century VP Intl | | None | J | T | | | | | |
| 81.   -Baron Capital Asset | | None | J | T | | | | | |
| 82.   -Investco VIP Tech Fund | | None | J | T | | | | | |
| 83.   -Schwab S&P 500 Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. Tully's Coffee | | None | J | T | | | | | |
| 85. Washington Mutual Bank | B | Interest | L | T | | | | | |
| 86. Trust #1 | | | | | | | | | |
| 87. -Cash (Bank of America) | A | Interest | J | T | | | | | |
| 88. -Fidelity Blue Chip | A | Dividend | K | T | | | | | |
| 89. -Fidelity Discover Fund | A | Dividend | J | T | | | | | |
| 90. -Fidelity Growth & Income | D | Dividend | L | T | | | | | |
| 91. 403b #1- Fidelity Investments | | | | | | | | | |
| 92. -Fidelity Contra | | None | M | T | | | | | |
| 93. -Fidelity Euro Cap Appr | B | Dividend | L | T | | | | | |
| 94. -Fidelity Select Tech | B | Dividend | K | T | | | | | |
| 95. IRA #1 | | | | | | | | | |
| 96. -Templeton Foreign | | None | | | Transfer | 4/27 | L | | See Part VIII for detail |
| 97. IRA #2 | | | | | | | | | |
| 98. -Templeton World | D | Dividend | | . | Sell | 3/9 | M | E | See Part VIII for detail |
| 99. 401K #1 | | | | | | | | | See Part VIII for detail |
| 100. -Cash/Vanguard MMF | A | Dividend | | | Sell | 3/9 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. -Van Index Trust | | None | | | Sell | 3/9 | N | F | |
| 102. -Vanguard Primcap | | None | | | Sell | 3/9 | M | D | |
| 103. -Vanguard Intl Value | | None | | | Sell | 3/9 | N | F | |
| 104. -Vanguard US Growth | | None | | | Sell | 3/9 | J | A | |
| 105. -VMNR Windsor II | | None | | | Sell | 3/9 | N | F | |
| 106. SEP IRA -Bank of America | | | | | | | | | |
| 107. -American Balanced Class A | | None | | | Transfer | 8/21 | K | | See Part VIII for detail |
| 108. Perkins Building Partnership | A | Interest | J | W | Partial sale | 12/31 | J | A | |
| 109. NORTHERN TRUST #1 | | None | | | | | | | |
| 110. ---NORTHERN TRUST CHK | A | Interest | K | T | BUY | 4/12 | J | | |
| 111. NORTHERN TRUST #2 | | None | | | | | | | |
| 112. ---NORTHERN TRUST MMF | A | Interest | L | T | BUY | 4/12 | K | | |
| 113. NORTHERN TRUST #3 | | None | | | | | | | |
| 114. ---NORTHERN TRUST CHK | A | Interest | J | T | BUY | 4/12 | J | | |
| 115. NORTHERN TRUST #4 | | None | | | | | | | |
| 116. ---NORTHERN TRUST CHK | A | Interest | J | T | BUY | 4/12 | J | | |
| 117. NORTHERN TRUST #5 | | | | | | | | | SEE PART VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | FOR DETAIL |
| 118. ---ABBOTT LAB ABT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 119. | | | | | BUY | 8/9 | J | | |
| 120. ---ACCENTURE BERMU ACN | A | Dividend | J | T | BUY | 7/5 | J | | |
| 121. | | | | | BUY | 8/9 | J | | |
| 122. ---ADR NOVARTIS NVS | A | Dividend | J | T | BUY | 7/5 | J | | |
| 123. | | | | | BUY | 8/9 | J | | |
| 124. ---ADR TEVA PHARM TEVA | A | Dividend | J | T | BUY | 7/5 | J | | |
| 125. | | | | | BUY | 8/9 | J | | |
| 126. ---ALTRIA GROUP MO | A | Dividend | J | T | BUY | 8/9 | J | | |
| 127. ---AMERN INTL GRP AIG | A | Dividend | J | T | BUY | 7/5 | J | | |
| 128. | | | | | BUY | 8/9 | J | | |
| 129. ---APPLE AAPL | A | Dividend | J | T | BUY | 8/9 | J | | |
| 130. ---ADOBE SYS ADBE | A | Dividend | J | T | BUY | 10/18 | J | | |
| 131. ---BAXTER INTL BAX | A | Dividend | J | T | BUY | 7/5 | J | | |
| 132. | | | | | BUY | 8/9 | J | | |
| 133. ---CATERPILLAR CAT | A | Dividend | J | T | BUY | 7/5 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2) Q =Appraisal  V =Other  S =Assessment
   U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. | | | | | BUY | 8/9 | J | | |
| 135. ---CISCO SYS CSCO | A | Dividend | J | T | BUY | 8/9 | J | | |
| 136. ---DANAHER CORP DHR | A | Dividend | J | T | BUY | 7/5 | J | | |
| 137. | | | | | BUY | 8/9 | J | | |
| 138. ---DOMINION RES INC VA D | A | Dividend | J | T | BUY | 7/5 | J | | |
| 139. ---DREYFUS INTL EMERG DRFMX | D | Dividend | K | T | TRANSFER | 7/5 | K | | |
| 140. ---ECOLAB INC ECL | A | Dividend | J | T | BUY | 7/5 | J | | |
| 141. | | | | | BUY | 8/9 | J | | |
| 142. ---EXELON CORP EXC | A | Dividend | J | T | BUY | 7/5 | J | | |
| 143. ---FBR FDS SMALL CAP FBRVX | A | Dividend | K | T | TRANSFER | 4/12 | K | | |
| 144. ---FBR FDS SMALL CAP FINL FBRSX | C | Dividend | K | T | TRANSFER | 4/12 | K | | |
| 145. ---FORTUNE BRANDS FO | A | Dividend | J | T | BUY | 7/5 | J | | |
| 146. ---FRKLN RES INC BEN | A | Dividend | J | T | BUY | 7/5 | J | | |
| 147. ---GENETECH INC DNA | A | Dividend | J | T | BUY | 7/5 | J | | |
| 148. ---GOLDMAN SACHS GRP GS | A | Dividend | J | T | BUY | 7/5 | J | | |
| 149. | | | | | BUY | 8/9 | J | | |
| 150. ---HARTFORD FINL SVS HIG | A | Dividend | J | T | BUY | 7/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. | | | | | BUY | 8/9 | J | | |
| 152. ---ITT CORP INC ITT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 153. | | | | | BUY | 8/9 | J | | |
| 154. ---JOHNSON & JOHNSON JNJ | A | Dividend | J | T | BUY | 7/5 | J | | |
| 155. | | | | | BUY | 8/9 | J | | |
| 156. ---JULIUS BAER INTL EQ BJBIX | B | Dividend | K | T | TRANSFER | 5/2 | K | | |
| 157. ---LINEAR TECH CORP LLTC | A | Dividend | | | BUY | 7/5 | J | | |
| 158. | | | | | SELL | 8/9 | J | | |
| 159. ---MCDONALDS CORP MCD | A | Dividend | J | T | BUY | 7/5 | J | | |
| 160. | | | | | ,BUY | 8/9 | J | | |
| 161. ---MEDCO HLTH SOLUT MHS | | None | J | T | BUY | 7/5 | J | | |
| 162. | | | | | BUY | 8/9 | J | | |
| 163. ---MEDTRONIC INC MDT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 164. | | | | | BUY | 8/9 | J | | |
| 165. ---MFB NORTH CAL MUN MM | | None | M | T | BUY | 7/5 | M | | |
| 166. ---MFB NORTH CAL MUN MM | | | K | T | BUY | 7/5 | K | | |
| 167. ---MFB NORTH FDS CALIF INTER TAX | A | Dividend | M | T | BUY | 7/5 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| EXPT NCITX | | | | | | | | | |
| 168. | | | | | BUY | 8/9 | L | | |
| 169. ---MFB NORTH FDS CA TAX EXPT NCATX | A | Dividend | M | T | BUY | 7/5 | L | | |
| 170. | | | | | BUY | 8/9 | K | | |
| 171. ---MFB NORTH HI YIELD FXD INC NHFIX | A | Dividend | L | T | BUY | 8/9 | K | | |
| 172. | | | | | BUY | 7/5 | K | | |
| 173. ---MFB NORTH FDS INTL GRWTH EQTY NOIGX | A | Dividend | K | T | BUY | 7/5 | K | | |
| 174. ---MFB NORTH FDS SML CAP VALUE NOSGX | A | Dividend | J | T | BUY | 7/5 | J | | |
| 175. ---MFB NORTH FDS MID CAP GROWTH NOMCX | | None | J | T | BUY | 7/5 | J | | |
| 176. ---MFC SELECT SECT SPDR TR ENERGY XLE | A | Dividend | K | T | BUY | 7/5 | J | | |
| 177. | | | | | BUY | 8/9 | J | | |
| 178. ---MFC SELECT SECT SPDR TR FINL XLF | A | Dividend | K | T | BUY | 7/5 | J | | |
| 179. | | | | | BUY | 8/9 | J | | |
| 180. ---MFC SELECT SECT SPDR TR SHS BEN MAT XLB | A | Dividend | J | T | BUY | 7/5 | J | | |
| 181. | | | | | BUY | 8/9 | J | | |
| 182. ---MFC SELECT SCT TR TECH XLK | A | Dividend | J | T | BUY | 7/5 | J | | |
| 183. | | | | | BUY | 8/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. ---MFO NE INVS TR SH BEN | B | Dividend | K | T | TRANSFER | 4/20 | K | | |
| 185. ---MICROCHIP TECH MCHP | A | Dividend | J | T | BUY | 7/5 | J | | |
| 186. | | | | | BUY | 8/9 | J | | |
| 187. ---MICROSOFT CORP MSFT | A | Dividend | J | T | BUY | 8/9 | J | | |
| 188. ---MOTOROLA INC MOT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 189. | | | | | BUY | 8/9 | J | | |
| 190. ---NUCOR CORP NUE | A | Dividend | J | T | BUY | 7/5 | J | | |
| 191. | | | | | BUY | 8/9 | J | | |
| 192. ---OLSTEIN ALL CAP VALUE OFAFX | B | Dividend | K | T | TRANSFER | 4/20 | K | | |
| 193. ---PEPSICO INC PEP | A | Dividend | J | T | BUY | 7/5 | J | | |
| 194. | | | | | BUY | 8/9 | J | | |
| 195. ---PRINCIPAL FINL GRP PFG | A | Dividend | J | T | BUY | 7/5 | J | | |
| 196. | | | | | BUY | 8/9 | J | | |
| 197. ---PROCTOR & GAMBLE PG | A | Dividend | J | T | BUY | 7/5 | J | | |
| 198. | | | | | BUY | 8/9 | J | | |
| 199. ---SCHLUMBERGER LTD SLB | A | Dividend | J | T | BUY | 7/5 | J | | |
| 200. | | | | | BUY | 8/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 201.  ---SELECT SECT SPDR TR INDL XLI | A | Dividend | J | T | BUY | 7/5 | J | | |
| 202. | | | | | BUY | 8/9 | J | | |
| 203   ---SELECT SECT SPDR CNSMR DISCRET XLY | A | Dividend | J | T | BUY | 8/9 | J | | |
| 204.  ---STAPLES INC SPLS | | None | J | T | BUY | 7/5 | J | | |
| 205. | | | | | BUY | 8/9 | J | | |
| 206.  ---STARBUCKS CORP TGT | | None | J | T | BUY | 7/5 | J | | |
| 207. | | | | | BUY | 8/9 | J | | |
| 208.  ---T. ROWE PRICE FIN PRISX | A | Dividend | J | T | TRANSFER | | J | | |
| 209.  ---TARGET CORP TGT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 210. | | | | | BUY | 8/9 | J | | |
| 211.  ---TEXAS INSTRS INC TXN | A | Dividend | J | T | BUY | 7/5 | J | | |
| 212. | | | | | BUY | 8/9 | J | | |
| 213.  ---TRANSOCEAN INC RIG | | None | J | T | BUY | 7/5 | J | | |
| 214. | | | | | BUY | 8/9 | J | | |
| 215.  ---UNITED TECH CORP UTX | A | Dividend | J | T | BUY | 7/5 | J | | |
| 216. | | | | | BUY | 8/9 | J | | |
| 217.  ---VERIZON COMM VZ | A | Dividend | J | T | BUY | 7/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 218. | | | | | BUY | 8/9 | J | | |
| 219. ---WACHOVIA CORP WB | A | Dividend | J | T | BUY | 7/5 | J | | |
| 220. | | | | | BUY | 8/9 | J | | |
| 221. ---WALGREEN CO WAG | A | Dividend | J | T | BUY | 7/5 | J | | |
| 222. | | | | | BUY | 8/9 | J | | |
| 223. ---ZIMMER HLDGS INC ZMH | | None | | | BUY | 7/5 | J | | |
| 224. | | | | | SELL | 8/9 | J | | |
| 225. NORTHERN TRUST #6 | | | | | | | | | SEE PART VIII FOR DETAIL |
| 226. ---ABBOTT LAB ABT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 227. | | | | | BUY | 7/5 | J | | |
| 228. | | | | | BUY | 8/9 | J | | |
| 229. ---ACCENTURE BERM ACN | A | Dividend | J | T | BUY | 6/1 | J | | |
| 230. | | | | | BUY | 7/5 | J | | |
| 231. | | | | | BUY | 8/9 | J | | |
| 232. ---ADOBE | | None | J | T | BUY | 10/18 | J | | |
| 233. ---ADR NOVARIS NVS | | None | J | T | BUY | 6/1 | J | | |
| 234. | | | | | BUY | 7/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | BUY | 8/9 | J | | |
| 236.  ---ADR TEVA PHARM TEVA | A | Dividend | J | T | BUY | 6/1 | J | | |
| 237. | | | | | BUY | 7/5 | J | | |
| 238. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 239.  ---ALTRIA GROUP MO | A | Dividend | J | T | BUY | 6/1 | J | | |
| 240. | | | | | PARTIAL SALE | 10/18 | J | A | |
| 241.  ---AMERN INTL GRP AIG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 242. | | | | | BUY | 7/5 | J | | |
| 243. | | | | | BUY | 8/9 | J | | |
| 244.  ---APPLE INC AAPL | | None | J | T | BUY | 8/9 | J | | |
| 245.  ---BAXTER INTL BAX | | None | J | T | BUY | 6/1 | J | | |
| 246. | | | | | BUY | 7/5 | J | | |
| 247. | | | | | BUY | 8/9 | J | | |
| 248.  ---CATERPILLAR INC CAT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 249. | | | | | BUY | 7/5 | J | | |
| 250. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 251.  ---CISCO SYS CSCO | | None | J | T | BUY | 6/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. | | | | | BUY | 7/5 | J | | |
| 253. | | | | | BUY | 8/9 | J | | |
| 254. ---DANAHER CORP DHR | A | Dividend | J | T | BUY | 6/1 | J | | |
| 255. | | | | | BUY | 7/5 | J | | |
| 256. | | | | | BUY | 8/9 | J | | |
| 257. ---DOMINION RES VA D | A | Dividend | J | T | BUY | 6/1 | J | | |
| 258. | | | | | BUY | 7/5 | J | | |
| 259. | | | | | BUY | 8/9 | J | | |
| 260. ---ECOLAB INC ECL | A | Dividend | J | T | BUY | 6/1 | J | | |
| 261. | | | | | BUY | 7/5 | J | | |
| 262. | | | | | BUY | 8/9 | J | | |
| 263. ---EXELON CORP EXC | A | Dividend | J | T | BUY | 6/1 | J | | |
| 264. | | | | | BUY | 7/5 | J | | |
| 265. | | | | | BUY | 8/9 | J | | |
| 266. ---FORTUNE BRANDS FO | A | Dividend | J | T | BUY | 6/1 | J | | |
| 267. | | | | | BUY | 7/5 | J | | |
| 268. | | | | | BUY | 8/9 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 269. ---FRNKLN RES INC BEN | A | Dividend | J | T | BUY | 6/1 | J | | |
| 270. | | | | | BUY | 7/5 | J | | |
| 271. ---GENETECH INC DNA | | None | J | T | BUY | 6/1 | J | | |
| 272. | | | | | BUY | 7/5 | J | | |
| 273. ---GOLDMAN SACHS GRP GS | A | Dividend | J | T | BUY | 6/1 | J | | |
| 274. | | | | | BUY | 7/5 | J | | |
| 275. | | | | | BUY | 8/9 | J | | |
| 276. ---HARTFORD FINL SVCS HIG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 277. | | | | | BUY | 7/5 | J | | |
| 278. | | | | | BUY | 8/9 | J | | |
| 279. ---INTEL CORP INTC | A | Dividend | | | BUY | 6/1 | J | | |
| 280. | | | | | BUY | 7/5 | J | | |
| 281. | | | | | SELL | 8/9 | J | A | |
| 282. ---ITT CORP | A | Dividend | J | T | BUY | 6/1 | J | | |
| 283. | | | | | BUY | 7/5 | J | | |
| 284. | | | | | BUY | 8/9 | J | | |
| 285. ---JOHNSON & JOHNSON JNJ | A | Dividend | J | T | BUY | 6/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 286. | | | | | BUY | 7/5 | J | | |
| 287. | | | | | BUY | 8/9 | J | | |
| 288.  ---LINEAR TECH CORP LLTC | A | Dividend | | | BUY | 6/1 | J | | |
| 289. | | | | | BUY | 7/5 | J | | |
| 290. | | | | | SELL | 8/9 | J | A | |
| 291.  ---MCDONALDS MCD | A | Dividend | J | T | BUY | 6/1 | J | | |
| 292. | | | | | BUY | 7/5 | J | | |
| 293.  ---MEDCO HLTH SOLUTIONS MHS | | None | J | T | BUY | 6/1 | J | | |
| 294. | | | | | BUY | ,7/5 | J | | |
| 295. | | | | | BUY | 8/9 | J | | |
| 296.  ---MEDTRONICS INC MDT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 297. | | | | | BUY | 7/5 | J | | |
| 298. | | | | | BUY | 8/9 | J | | |
| 299.  ---MFB NORTH FDS FX INC NOFIX | D | Dividend | N | T | BUY | 6/1 | L | | |
| 300. | | | | | BUY | 7/5 | L | | |
| 301. | | | | | BUY | 8/9 | M | | |
| 302.  ---MFB NORTH FDS INTL GRWTH EQ | C | Dividend | M | T | BUY | 6/1 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NOIGX | | | | | | | | | |
| 303. | | | | | BUY | 7/5 | K | | |
| 304. | | | | | BUY | 8/9 | L | | |
| 305. ---MFB NORTH FDS SML CAP VALUE NOSGX | A | Dividend | K | T | BUY | 6/1 | J | | |
| 306. | | | | | BUY | 7/5 | J | | |
| 307. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 308. ---MFB NORTH FDS MID CAP GRWTH NOMCX | | None | K | T | BUY | 6/1 | J | | |
| 309. | | | | | BUY | 7/5 | J | | |
| 310. | | | | | BUY | 8/9 | J | | |
| 311. ---MFB NORTH HI YLD FXD INC NHFIX | C | Dividend | M | T | BUY | 6/1 | L | | |
| 312. | | | | | BUY | 7/5 | K | | |
| 313. | | | | | BUY | 8/9 | K | | |
| 314. ---MFB NORTH MM FND | D | Dividend | N | T | BUY | | N | | |
| 315. ---MFB NORTH US GOVT MMF | D | Dividend | | | BUY | 6/1 | M | | |
| 316. | | | | | SELL | 8/9 | M | A | |
| 317. ---MFC SELECT SECT SPDR ENERGY XLE | A | Dividend | K | T | BUY | 6/1 | J | | |
| 318. | | | | | BUY | 7/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 319. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 320. ---MFC SELECT SECT SPDR FINL XLF | A | Dividend | K | T | BUY | 6/1 | K | | |
| 321. | | | | | BUY | 7/5 | K | | |
| 322. | | | | | BUY | 8/9 | J | | |
| 323. ---MFC SELECT SECT SPDR SHS BEN INT-MAT XLB | A | Dividend | J | T | BUY | 6/1 | J | | |
| 324. | | | | | BUY | 7/5 | J | | |
| 325. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 326. ---MFC SELECT SECT TECH XLK | A | Dividend | J | T | BUY | 6/1 | J | | |
| 327. | | | | | BUY | 7/5 | J | | |
| 328. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 329. ---MICROCHIP TECH MCHP | A | Dividend | J | T | BUY | 6/1 | J | | |
| 330. | | | | | BUY | 7/5 | J | | |
| 331. | | | | | BUY | 8/9 | J | | |
| 332. ---MCROSOFT CORP MSFT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 333. | | | | | BUY | 7/5 | J | | |
| 334. | | | | | BUY | 8/9 | J | | |
| 335. ---MOTOROLA INC MOT | A | Dividend | J | T | BUY | 6/1 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 336. | | | | | BUY | 7/5 | J | | |
| 337. | | | | | BUY | 8/9 | J | | |
| 338. ---NUCOR CORP NUE | A | Dividend | J | T | BUY | 6/1 | J | | |
| 339. | | | | | BUY | 7/5 | J | | |
| 340. | | | | | BUY | 8/9 | J | | |
| 341. ---PEPSI CO INC PEP | A | Dividend | J | T | BUY | 6/1 | J | | |
| 342. | | | | | BUY | 7/5 | J | | |
| 343. | | | | | BUY | 8/9 | J | | |
| 344. ---PRINCIPAL FINL GRP PFG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 345. | | | | | BUY | 7/5 | J | | |
| 346. | | | | | BUY | 8/9 | J | | |
| 347. ---PROCTOR & GAMBLE PG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 348. | | | | | BUY | 7/5 | J | | |
| 349. | | | | | BUY | 8/9 | J | | |
| 350. | | | | | BUY | 12/12 | J | | |
| 351. ---SCHLUMBERGER LTD SLB | A | Dividend | J | T | BUY | 6/1 | J | | |
| 352. | | | | | BUY | 7/5 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 353. | | | | | BUY | 8/9 | J | | |
| 354.   ---SELECT SECT SPDR INDL XLI | A | Dividend | K | T | BUY | 6/1 | J | | |
| 355. | | | | | BUY | 7/5 | J | | |
| 356. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 357.   ---STAPLES INC SPLS | | None | J | T | BUY | 6/1 | J | | |
| 358. | | | | | BUY | 7/5 | J | | |
| 359.   ---SELECT SECT SPDR CNSMR DISCR XLY | A | Dividend | J | T | BUY | 8/9 | J | | |
| 360.   ---STARBUCKS CORP SBUX | | None | J | T | BUY | 6/1 | J | | |
| 361. | | | | | BUY | 7/5 | J | | |
| 362. | | | | | BUY | 8/9 | J | | |
| 363.   ---TARGET CORP TGT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 364. | | | | | BUY | 7/5 | J | | |
| 365. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 366.   ---TEXAS INSTRS TXN | A | Dividend | J | T | BUY | 6/1 | J | | |
| 367. | | | | | BUY | 7/5 | J | | |
| 368.   ---TRANSOCEAN INC RIG | | None | J | T | BUY | 6/1 | J | | |
| 369. | | | | | BUY | 7/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 370. | | | | | BUY | 8/9 | J | . | |
| 371. ---UNITED TECH CORP UTX | A | Dividend | J | T | BUY | 6/1 | J | | |
| 372. | | | | | BUY | 7/5 | J | | |
| 373. | | | | | BUY | 12/12 | J | | |
| 374. ---VERIZON COMM VZ | A | Dividend | J | T | BUY | 6/1 | J | | |
| 375. | | | | | BUY | 7/5 | J | | |
| 376. | | | | | BUY | 8/9 | J | | |
| 377. | | | | | BUY | 12/12 | J | | |
| 378. ---WACHOVIA CORP WB | A | Dividend | J | T | BUY | 6/1 | J | | |
| 379. | | | | | BUY | 7/5 | J | | |
| 380. | | | | | BUY | 8/9 | J | | |
| 381. ---WALGREEN CO WAG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 382. | | | | | BUY | 7/5 | J | | |
| 383. | | | | | BUY | 8/9 | J | | |
| 384. ---ZIMMER HLDGS ZMH | | None | | | BUY | 6/1 | J | | |
| 385. | | | | | SALE | 7/5 | J | A | |
| 386. TRUST #7 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 387. ---TEMPLETON FOREIGN CL A | D | Dividend | L | T | TRANSFER | 4/27 | L | | SEE PART VIII FOR DETAIL |
| 388. TRUST #8 | | | | | | | | | |
| 389. ---AMERICAN BALANCED CL A | B | Dividend | K | T | TRANSFER | 8/21 | K | | SEE PART VIII FOR DETAIL |
| 390. | | | | | | | | | |
| 391. | | | | | | | | | |
| 392. | | | | | | | | | |
| 393. | | | | | | | | | |
| 394. | | | | | | | | | |
| 395. | | | | | | | | | |
| 396. | | | | | | | | | |
| 397. | | | | | | | | | |
| 398. | | | | | | | | | |
| 399. | | | | | | | | | |
| 400. | | | | | | | | | |
| 401. | | | | | | | | | |
| 402. | | | | | | | | | |
| 403. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 404. | | | | | | | | | |
| 405. | | | | | | | | | |
| 406. | | | | | | | | | |
| 407. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 9/6/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:

LINE 1: PRIOR PERIOD ADJUSTMENT. THIS CD WAS LIQUIDATED ON 11/30/04.

LINES 3-14 : MOST INVESTMENTS WERE SOLD AND PROCEEDS WERE TRANSFERRED TO NORTHERN TRUST #5.

LINE 17: PRIOR PERIOD ADJUSTMENT. THIS ACCOUNT WAS CLOSED 11/13/05.

LINE 18: STOCK SOLD & PROCEEDS TRANSFERRED TO NORTHERN TRUST #5.

LINE 23: ACCOUNT WAS CLOSED IN JUNE 2006.

LINE 24: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND TRANSFERRED TO NORTHERN TRUST #5.

LINE 30: STOCK SOLD & PROCEEDS TRANSFERRED TO NORTHERN TRUST #5.

LINES 33-49: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND/OR TRANSFERRED TO NORTHERN TRUST #5.

LINES 50-55: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND/OR TRANSFERRED TO NORTHERN TRUST #5.

LINES 56-77: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND/OR TRANSFERRED TO NORTHERN TRUST #5.

LINE 65: PRIOR PERIOD ADJUSTMENT. THIS BOND WAS REDEEMED IN DECEMBER 2003.

LINE 96: ACCOUNT WAS CLOSED. INVESTMENT WAS TRANSFERRED TO NORTHERN TRUST #7.

LINE 98: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND TRANSFERRED TO NORTHERN TRUST #6.

LINES 99-105: 401K ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND/OR TRANSFERRED TO NORTHERN TRUST #6.

LINE 107: ACCOUNT WAS CLOSED. INVESTMENT WAS TRANSFERRED TO NORTHERN TRUST #8.

LINES 117-224: PROCEEDS OR INVESTMENTS WERE RECEIVED FROM SCHWAB ACCOUNTS #1, #2, #3.

LINES 225-385: PROCEEDS OR INVESTMENTS WERE RECEIVED FROM 401K VANGUARD FUNDS AND SCHWAB #2.

LINE 387: INVESTMENT WAS TRANSFERRED FROM IRA#1.

LINE 389: INVESTMENT WAS TRANSFERRED FROM SEP IRA- BANK OF AMERICA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  9|10|07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO 10
Rev. 1/2007

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKeown, Mary M | Ninth Circuit Court of Appeals | 6/11/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Court of Appeals<br>401 West A Street Suite 2000<br>San Diego CA 92101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Advisors | RAND Institute for Civil Justice |
| 2. Board of Advisors | American Judicature Society |
| 3. Board of Visitors | Georgetown University Law Center |
| 4. Board of Directors | Association of Business Trial Lawyers - San Diego |
| 5. Board of Directors | Volunteers of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 JUN 12 A 11: 32 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Fall 06 | Univ of San Diego Law School - Teaching | $ 10,000 |
| 2. Summer 06 | Seton Hall Law School- Teaching | $ 5,200 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Private Consulting |
| 2. 2006 | University of California San Diego |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The American Law Institute | 1/27/06-1/29-06 Philadelphia, PA - International Intellectual Property Joint Meeting (transportation, lodging, meals) |
| 2. | American Bar Association | 2/10/06 Chicago IL- Judicial Advisory Committee Meeting (transportation, lodging, meals) |
| 3. | American Law Institute - American Bar Association | 2/23/06-02/24/06 San Francisco CA - "Opinion and Expert Testimony in Federal and State Courts" (transportation, lodging, meals) |
| 4. | Rand Institute for Civil Justice | 3/16/06 Santa Monica CA - Board Meeting ( lodging) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKeown, Mary M | 6/11/2007 |

| 5. | University of Washington - Shidler Center for Law, Commerce & Technology | 3/20/06-3/21/06 Seattle WA - Moot Court (transportation) |
| --- | --- | --- |
| 6. | American Bar Association | 4/7/06-4/9/06 Chicago IL- Commission Meeting (transportation, lodging, meals) |
| 7. | Seton Hall University | 6/15/06-6/22/06 Italy - Visiting Professor for law school (transportation, lodging, meals) |
| 8. | The World | 8/9/06-08/22/06 Thailand - Australia Lecture ███ :transportation, lodging, meals) |
| 9. | American Bar Association | 9/16/06-9/17/06 Chicago IL - Commission meeting (transportation lodging, meals) |
| 10. | Volunteers of America | 10/14/06-10/16/06 Washington DC - Board meeting (transportation, meals) |
| 11. | Association of Business Trial Lawyers | 10/18/06-10/22/06 Maui HI - Seminar/Lecture (transportation, lodging, meals) |
| 12. | Washington State Bar Association | 11/16/06-11/17/06 Seattle WA - Antitrust Seminar (transportation, lodging, meals) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America #1 | | None | | | Redemption | | M | A | See Part VIII for detail |
| 2. Bank of America #2 | C | Interest | L | T | | | | | |
| 3. Banc of American Investment Services #3 | | | | | | | | | See Part VIII for detail |
| 4. -Cash/Columbia Muni Reserve | A | Interest | J | T | Partial sale | 4/30 | K | A | |
| 5. -Amazon.com | | None | | | Sell | 6/19 | J | A | |
| 6. Time Warner (formerly known as AOL) | A | Dividend | | | Sell | 6/19 | J | A | |
| 7. -EMC Corp Mass | | None | | | Sell | 6/19 | J | A | |
| 8. -Internap Network Svcs | | None | | | Sell | 6/19 | J | A | |
| 9. -MCI Worldcom Inc. | | None | | | Bankrupt | 12/31 | J | A | |
| 10. -McData Corp CL A | | None | | | Sell | 5/19 | J | A | |
| 11. -McLeod Inc. | | None | | | Bankrupt | 12/31 | J | A | |
| 12. -Microsoft | A | Dividend | | | Sell | 7/5 | K | E | |
| 13. - Symbol Tech | A | Dividend | | | Sell | 6/19 | J | A | |
| 14. -United Global/Liberty Global | | None | | | Sell | 6/19 | J | A | |
| 15. Banc of America Investment Services #4 | | | | | | | | | |
| 16. -Cash/Columbia Muni Reserve | A | Dividend | L | T | | | | | |
| 17. Bank of America #5 | | None | | | Acct Closed | | | | See Part VIII for |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | detail |
| 18. Boeing common | A | Dividend | | | Sell | 5/17 | J | A | See Part VIII for detail |
| 19. College Savings Bank - Princeton | C | Interest | L | T | | | | | |
| 20. Bank of America #7 | | | | | | | | | |
| 21. -Conn. State Bonds | | None | J | T | Partial sale | 11/1 | J | A | |
| 22. Bank of America #8 | | | | | | | | | |
| 23. - Bank of America CD | B | Interest | | | Acct closed | 06/06 | M | A | See Part VIII for detail |
| 24. Fidelity #1 | | | | | | | | | See Part VIII for detail |
| 25. -Fidelity Select Tech | | None | | | Sell | 7/5 | J | A | |
| 26. -Janus Worldwide | | None | | | Sell | 7/5 | J | A | |
| 27. Fidelity Annuity #2 | | None | K | T | | | | | |
| 28. -Fidelity VIP Contra | | None | K | T | | | | | |
| 29. -Fidelity VIP Growth | | None | J | T | | | | | |
| 30. IBM common | A | Dividend | | | Sell | 7/5 | J | A | See Part VIII for detail |
| 31. Lincoln Mutual Insurance | A | Interest | J | T | | | | | |
| 32. Minnesota Life Insurance | | None | | | Redemption | 12/31 | J | A | |
| 33. Schwab Acct #1- Markman | | | | | | | | | See Part VIII for |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | detail |
| 34.   -Aegis Value | | None | | | Sell | 6/7 | K | B | |
| 35.   -Alpine U.S. Real Estate | | None | | | Sell | 7/5 | K | C | |
| 36.   -Cash/Schwab Bank Sweep | A | Interest | | | Sell | 7/5 | J | A | |
| 37.   -Dreyfus Premier Emerging | A | Dividend | | | Transfer | 4/7 | K | | |
| 38.   -FBR Small Cap Financial | A | Dividend | | | Partial sale | 8/9 | J | B | |
| 39. | | | | | Transfer | 9/05 | K | | |
| 40.   -FBR Small Cap Fund | | None | | | Partial sale | 8/9 | J | B | |
| 41. | | | | | Transfer | 9/5 | K | | |
| 42.   -Matthew Asian Growth | A | Dividend | | | Sell | 7/5 | K | D | |
| 43.   -Northeast Investors | B | Dividend | | | Transfer | 9/5 | J | A | |
| 44.   -Olstein Fin.Alert | | None | | | Transfer | 9/5 | K | | |
| 45.   -PIMCO Emerging Markets | A | Dividend | | | Sell | 6/7 | K | A | |
| 46.   -PIMCO Total Return | A | Dividend | | | Sell | 6/7 | K | A | |
| 47.   -Stratton Monthly | A | Dividend | | | Sell | 7/5 | K | D | |
| 48.   -U.S. Global Inv. | | None | | | Sell | 7/6 | K | E | |
| 49.   -Utility Holders Trust | A | Dividend | | | Sell | 8/9 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 50. Schwab Acct #2 | | | | | | | | | See Part VIII for detail |
| 51. -Cash/Schwab Bank Sweep | A | Interest | | | Sell | 9/5 | J | A | |
| 52. -Danaher Corp | | None | | | Transfer | 4/7 | J | | |
| 53. -Jensen | A | Dividend | | | Sell | 7/5 | K | B | |
| 54. -Qualcomm | A | Dividend | | | Sell | 3/22 | J | A | |
| 55. -Schwab Value Advantage MMF | B | Dividend | | | Sell | 3/30 | L | A | |
| 56. Schwab Acct #3 | | | | | | | | | See Part VIII for detail |
| 57. -Cash/Schwab Bank Sweep | A | Interest | | | Sell | 6/19 | J | A | |
| 58. -Cisco Systems | | None | | | Sell | 7/5 | J | A | |
| 59. -EMC Storage | | None | | | Sell | 6/19 | J | A | |
| 60. -Grupo Simec SA | | None | | | Sell | 6/19 | J | B | |
| 61. -Intel Corp common | A | Dividend | | | Sell | 8/9 | J | A | |
| 62. -Internap Network Svc | | None | | | Sell | 6/19 | J | A | |
| 63. -Julius Baer Intl Equity | | None | | | Transfer | 4/7 | K | | |
| 64. -Juniper Networks | | None | | | Sell | 6/19 | J | A | |
| 65. -King Cnty Wash 4.90% 03 | | None | | | Redemption | | J | A | See Part VIII for detail |
| 66. -Level 3 Communications | | None | | | Sell | 6/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. -McData | | None | | | Sell | 5/17 | J | A | |
| 68. -McLeod USA Inc. | | None | | | Bankrupt | 12/31 | J | A | |
| 69. -Microsoft Corp | A | Dividend | | | Sell | 7/5 | K | A | |
| 70. -Nextel /Sprint | A | Dividend | | | Sell | 6/19 | K | D | |
| 71. -Nortel Networks CP New | A | Dividend | | | Sell | 6/19 | J | A | |
| 72. -Openwave Systems | | None | | | Sell | 5/17 | J | A | |
| 73. -Pioneer Muni Bond Fund | A | Dividend | | | Sell | 8/9 | J | A | |
| 74. -Quantum Foreign Value Fund | A | Dividend | | | Sell | 8/9 | J | B | |
| 75. -Silicon Image Inc. | | None | | | Sell | 6/19 | J | A | |
| 76. -T.Rowe Price Financial | A | Dividend | | | Transfer | 4/7 | J | | |
| 77. -Vitesse Semiconductor | | None | | | Sell | 6/19 | J | A | |
| 78. Schwab Acct #4 | | | | | | | | | |
| 79. -Alger American Growth | | None | K | T | | | | | |
| 80. -American Century VP Intl | | None | J | T | | | | | |
| 81. -Baron Capital Asset | | None | J | T | | | | | |
| 82. -Investco VIP Tech Fund | | None | J | T | | | | | |
| 83. -Schwab S&P 500 Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. Tully's Coffee | | None | J | T | | | | | |
| 85. Washington Mutual Bank | B | Interest | L | T | | | | | |
| 86. Trust #1 | | | | | | | | | |
| 87. -Cash (Bank of America) | A | Interest | J | T | | | | | |
| 88. -Fidelity Blue Chip | A | Dividend | K | T | | | | | |
| 89. -Fidelity Discover Fund | A | Dividend | J | T | | | | | |
| 90. -Fidelity Growth & Income | D | Dividend | L | T | | | | | |
| 91. 403b #1- Fidelity Investments | | | | | | | | | |
| 92. -Fidelity Contra | | None | M | T | | | | | |
| 93. -Fidelity Euro Cap Appr | B | Dividend | L | T | | | | | |
| 94. -Fidelity Select Tech | B | Dividend | K | T | | | | | |
| 95. IRA #1 | | | | | | | | | |
| 96. -Templeton Foreign | | None | | | Transfer | 4/27 | L | | See Part VIII for detail |
| 97. IRA #2 | | | | | | | | | |
| 98. -Templeton World | D | Dividend | | | Sell | 3/9 | M | E | See Part VIII for detail |
| 99. 401K #1 | | | | | | | | | See Part VIII for detail |
| 100. -Cash/Vanguard MMF | A | Dividend | | | Sell | 3/9 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. -Van Index Trust | | None | | | Sell | 3/9 | N | F | |
| 102. -Vanguard Primcap | | None | | | Sell | 3/9 | M | D | |
| 103. -Vanguard Intl Value | | None | | | Sell | 3/9 | N | F | |
| 104. -Vanguard US Growth | | None | | | Sell | 3/9 | J | A | |
| 105. -VMNR Windsor II | | None | | | Sell | 3/9 | N | F | |
| 106. SEP IRA -Bank of America | | | | | | | | | |
| 107. -American Balanced Class A | | None | | | Transfer | 8/21 | K | | See Part VIII for detail |
| 108. Perkins Building Partnership | A | Interest | J | W | Partial sale | 12/31 | J | A | |
| 109. NORTHERN TRUST #1 | | None | | | | | | | |
| 110. ---NORTHERN TRUST CHK | A | Interest | K | T | BUY | 4/12 | J | | |
| 111. NORTHERN TRUST #2 | | None | | | | | | | |
| 112. ---NORTHERN TRUST MMF | A | Interest | L | T | BUY | 4/12 | K | | |
| 113. NORTHERN TRUST #3 | | None | | | | | | | |
| 114. ---NORTHERN TRUST CHK | A | Interest | J | T | BUY | 4/12 | J | | |
| 115. NORTHERN TRUST #4 | | None | | | | | | | |
| 116. ---NORTHERN TRUST CHK | A | Interest | J | T | BUY | 4/12 | J | | |
| 117. NORTHERN TRUST #5 | | | | | | | | | SEE PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | FOR DETAIL |
| 118. ---ABBOTT LAB ABT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 119. | | | | | BUY | 8/9 | J | | |
| 120. ---ACCENTURE BERMU ACN | A | Dividend | J | T | BUY | 7/5 | J | | |
| 121. | | | | | BUY | 8/9 | J | | |
| 122. ---ADR NOVARTIS NVS | A | Dividend | J | T | BUY | 7/5 | J | | |
| 123. | | | | | BUY | 8/9 | J | | |
| 124. ---ADR TEVA PHARM TEVA | A | Dividend | J | T | BUY | 7/5 | J | | |
| 125. | | | | | BUY | 8/9 | J | | |
| 126. ---ALTRIA GROUP MO | A | Dividend | J | T | BUY | 8/9 | J | | |
| 127. ---AMERN INTL GRP AIG | A | Dividend | J | T | BUY | 7/5 | J | | |
| 128. | | | | | BUY | 8/9 | J | | |
| 129. ---APPLE AAPL | A | Dividend | J | T | BUY | 8/9 | J | | |
| 130. ---ADOBE SYS ADBE | A | Dividend | J | T | BUY | 10/18 | J | | |
| 131. ---BAXTER INTL BAX | A | Dividend | J | T | BUY | 7/5 | J | | |
| 132. | | | | | BUY | 8/9 | J | | |
| 133. ---CATERPILLAR CAT | A | Dividend | J | T | BUY | 7/5 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. | | | | | BUY | 8/9 | J | | |
| 135. ---CISCO SYS CSCO | A | Dividend | J | T | BUY | 8/9 | J | | |
| 136. ---DANAHER CORP DHR | A | Dividend | J | T | BUY | 7/5 | J | | |
| 137. | | | | | BUY | 8/9 | J | | |
| 138. ---DOMINION RES INC VA D | A | Dividend | J | T | BUY | 7/5 | J | | |
| 139. ---DREYFUS INTL EMERG DRFMX | D | Dividend | K | T | TRANSFER | 7/5 | K | | |
| 140. ---ECOLAB INC ECL | A | Dividend | J | T | BUY | 7/5 | J | | |
| 141. | | | | | BUY | 8/9 | J | | |
| 142. ---EXELON CORP EXC | A | Dividend | J | T | BUY | 7/5 | J | | |
| 143. ---FBR FDS SMALL CAP FBRVX | A | Dividend | K | T | TRANSFER | 4/12 | K | | |
| 144. ---FBR FDS SMALL CAP FINL FBRSX | C | Dividend | K | T | TRANSFER | 4/12 | K | | |
| 145. ---FORTUNE BRANDS FO | A | Dividend | J | T | BUY | 7/5 | J | | |
| 146. ---FRKLN RES INC BEN | A | Dividend | J | T | BUY | 7/5 | J | | |
| 147. ---GENETECH INC DNA | A | Dividend | J | T | BUY | 7/5 | J | | |
| 148. ---GOLDMAN SACHS GRP GS | A | Dividend | J | T | BUY | 7/5 | J | | |
| 149. | | | | | BUY | 8/9 | J | | |
| 150. ---HARTFORD FINL SVS HIG | A | Dividend | J | T | BUY | 7/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. | | | | | BUY | 8/9 | J | | |
| 152.  ---ITT CORP INC ITT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 153. | | | | | BUY | 8/9 | J | | |
| 154.  ---JOHNSON & JOHNSON JNJ | A | Dividend | J | T | BUY | 7/5 | J | | |
| 155. | | | | | BUY | 8/9 | J | | |
| 156.  ---JULIUS BAER INTL EQ BJBIX | B | Dividend | K | T | TRANSFER | 5/2 | K | | |
| 157.  ---LINEAR TECH CORP LLTC | A | Dividend | | | BUY | 7/5 | J | | |
| 158. | | | | | SELL | 8/9 | J | | |
| 159.  ---MCDONALDS CORP MCD | A | Dividend | J | T | BUY | 7/5 | J | | |
| 160. | | | | | BUY | 8/9 | J | | |
| 161.  ---MEDCO HLTH SOLUT MHS | | | J | T | BUY | 7/5 | J | | |
| 162. | | | | | BUY | 8/9 | J | | |
| 163.  ---MEDTRONIC INC MDT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 164. | | | | | BUY | 8/9 | J | | |
| 165.  ---MFB NORTH CAL MUN MM | | | M | T | BUY | 7/5 | M | | |
| 166.  ---MFB NORTH CAL MUN MM | | | K | T | BUY | 7/5 | K | | |
| 167.  ---MFB NORTH FDS CALIF INTER TAX | A | Dividend | M | T | BUY | 7/5 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| EXPT NCITX | | | | | | | | | |
| 168. | | | | | BUY | 8/9 | L | | |
| 169. ---MFB NORTH FDS CA TAX EXPT NCATX | A | Dividend | M | T | BUY | 7/5 | L | | |
| 170. | | | | | BUY | 8/9 | K | | |
| 171. ---MFB NORTH HI YIELD FXD INC NHFIX | A | Dividend | L | T | BUY | 8/9 | K | | |
| 172. | | | | | BUY | 7/5 | K | | |
| 173. ---MFB NORTH FDS INTL GRWTH EQTY NOIGX | A | Dividend | K | T | BUY | 7/5 | K | | |
| 174. ---MFB NORTH FDS SML CAP VALUE NOSGX | A | Dividend | J | T | BUY | 7/5 | J | | |
| 175. ---MFB NORTH FDS MID CAP GROWTH NOMCX | | | J | T | BUY | 7/5 | J | | |
| 176. ---MFC SELECT SECT SPDR TR ENERGY XLE | | | K | T | BUY | 7/5 | J | | |
| 177. | | | | | BUY | 8/9 | J | | |
| 178. ---MFC SELECT SECT SPDR TR FINL XLF | | | K | T | BUY | 7/5 | J | | |
| 179. | | | | | BUY | 8/9 | J | | |
| 180. ---MFC SELECT SECT SPDR TR SHS BEN MAT XLB | | | J | T | BUY | 7/5 | J | | |
| 181. | | | | | BUY | 8/9 | J | | |
| 182. ---MFC SELECT SCT TR TECH XLK | A | Dividend | J | T | BUY | 7/5 | J | | |
| 183. | | | | | BUY | 8/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. ---MFO NE INVS TR SH BEN | B | Dividend | K | T | TRANSFER | 4/20 | K | | |
| 185. ---MICROCHIP TECH MCHP | A | Dividend | J | T | BUY | 7/5 | J | | |
| 186. | | | | | BUY | 8/9 | J | | |
| 187. ---MICROSOFT CORP MSFT | A | Dividend | J | T | BUY | 8/9 | J | | |
| 188. ---MOTOROLA INC MOT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 189. | | | | | BUY | 8/9 | J | | |
| 190. ---NUCOR CORP NUE | A | Dividend | J | T | BUY | 7/5 | J | | |
| 191. | | | | | BUY | 8/9 | J | | |
| 192. ---OLSTEIN ALL CAP VALUE OFAFX | B | Dividend | K | T | TRANSFER | 4/20 | K | | |
| 193. --PEPSICO INC PEP | A | Dividend | J | T | BUY | 7/5 | J | | |
| 194. | | | | | BUY | 8/9 | J | | |
| 195. ---PRINCIPAL FINL GRP PFG | A | Dividend | J | T | BUY | 7/5 | J | | |
| 196. | | | | | BUY | 8/9 | J | | |
| 197. ---PROCTOR & GAMBLE PG | A | Dividend | J | T | BUY | 7/5 | J | | |
| 198. | | | | | BUY | 8/9 | J | | |
| 199. ---SCHLUMBERGER LTD SLB | A | Dividend | J | T | BUY | 7/5 | J | | |
| 200. | | | | | BUY | 8/9 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 201. ---SELECT SECT SPDR TR INDL XLI | | | J | T | BUY | 7/5 | J | | |
| 202. | | | | | BUY | 8/9 | J | | |
| 203. ---SELECT SECT SPDR CNSMR DISCRET XLY | | | J | T | BUY | 8/9 | J | | |
| 204. ---STAPLES INC SPLS | | | J | T | BUY | 7/5 | J | | |
| 205. | | | | | BUY | 8/9 | J | | |
| 206. ---STARBUCKS CORP TGT | | | J | T | BUY | 7/5 | J | | |
| 207. | | | | | BUY | 8/9 | J | | |
| 208. ---T. ROWE PRICE FIN PRISX | | | J | T | TRANSFER | | J | | |
| 209. ---TARGET CORP TGT | A | Dividend | J | T | BUY | 7/5 | J | | |
| 210. | | | | | BUY | 8/9 | J | | |
| 211. ---TEXAS INSTRS INC TXN | A | Dividend | J | T | BUY | 7/5 | J | | |
| 212. | | | | | BUY | 8/9 | J | | |
| 213. ---TRANSOCEAN INC RIG | | | J | T | BUY | 7/5 | J | | |
| 214. | | | | | BUY | 8/9 | J | | |
| 215. ---UNITED TECH CORP UTX | A | Dividend | J | T | BUY | 7/5 | J | | |
| 216. | | | | | BUY | 8/9 | J | | |
| 217. ---VERIZON COMM VZ | A | Dividend | J | T | BUY | 7/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 218. | | | | | BUY | 8/9 | J | | |
| 219.  ---WACHOVIA CORP WB | A | Dividend | J | T | BUY | 7/5 | J | | |
| 220. | | | | | BUY | 8/9 | J | | |
| 221.  ---WALGREEN CO WAG | A | Dividend | J | T | BUY | 7/5 | J | | |
| 222. | | | | | BUY | 8/9 | J | | |
| 223.  ---ZIMMER HLDGS INC ZMH | | | | | BUY | 7/5 | J | | |
| 224. | | | | | SELL | 8/9 | J | | |
| 225.  NORTHERN TRUST #6 | | | | | | | | | SEE PART VIII FOR DETAIL |
| 226.  ---ABBOTT LAB ABT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 227. | | | | | BUY | 7/5 | J | | |
| 228. | | | | | BUY | 8/9 | J | | |
| 229.  ---ACCENTURE BERM ACN | A | Dividend | J | T | BUY | 6/1 | J | | |
| 230. | | | | | BUY | 7/5 | J | | |
| 231. | | | | | BUY | 8/9 | J | | |
| 232.  ---ADOBE | | | J | T | BUY | 10/18 | J | | |
| 233.  ---ADR NOVARIS NVS | | | J | T | BUY | 6/1 | J | | |
| 234. | | | | | BUY | 7/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | BUY | 8/9 | J | | |
| 236. ---ADR TEVA PHARM TEVA | A | Dividend | J | T | BUY | 6/1 | J | | |
| 237. | | | | | BUY | 7/5 | J | | |
| 238. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 239. ---ALTRIA GROUP MO | A | Dividend | J | T | BUY | 6/1 | J | | |
| 240. | | | | | PARTIAL SALE | 10/18 | J | A | |
| 241. ---AMERN INTL GRP AIG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 242. | | | | | BUY | 7/5 | J | | |
| 243. | | | | | BUY | 8/9 | J | | |
| 244. ---APPLE INC AAPL | | | J | T | BUY | 8/9 | J | | |
| 245. ---BAXTER INTL BAX | | | J | T | BUY | 6/1 | J | | |
| 246. | | | | | BUY | 7/5 | J | | |
| 247. | | | | | BUY | 8/9 | J | | |
| 248. ---CATERPILLAR INC CAT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 249. | | | | | BUY | 7/5 | J | | |
| 250. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 251. ---CISCO SYS CSCO | | | J | T | BUY | 6/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. | | | | | BUY | 7/5 | J | | |
| 253. | | | | | BUY | 8/9 | J | | |
| 254.  ---DANAHER CORP DHR | A | Dividend | J | T | BUY | 6/1 | J | | |
| 255. | | | | | BUY | 7/5 | J | | |
| 256. | | | | | BUY | 8/9 | J | | |
| 257.  ---DOMINION RES VA D | A | Dividend | J | T | BUY | 6/1 | J | | |
| 258. | | | | | BUY | 7/5 | J | | |
| 259. | | | | | BUY | 8/9 | J | | |
| 260.  ---ECOLAB INC ECL | A | Dividend | J | T | BUY | 6/1 | J | | |
| 261. | | | | | BUY | 7/5 | J | | |
| 262. | | | | | BUY | 8/9 | J | | |
| 263.  ---EXELON CORP EXC | A | Dividend | J | T | BUY | 6/1 | J | | |
| 264. | | | | | BUY | 7/5 | J | | |
| 265. | | | | | BUY | 8/9 | J | | |
| 266.  ---FORTUNE BRANDS FO | A | Dividend | J | T | BUY | 6/1 | J | | |
| 267. | | | | | BUY | 7/5 | J | | |
| 268. | | | | | BUY | 8/9 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS –– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 269. ---FRNKLN RES INC BEN | A | Dividend | J | T | BUY | 6/1 | J | | |
| 270. | | | | | BUY | 7/5 | J | | |
| 271. ---GENETECH INC DNA | | | J | T | BUY | 6/1 | J | | |
| 272. | | | | | BUY | 7/5 | J | | |
| 273. ---GOLDMAN SACHS GRP GS | A | Dividend | J | T | BUY | 6/1 | J | | |
| 274. | | | | | BUY | 7/5 | J | | |
| 275. | | | | | BUY | 8/9 | J | | |
| 276. ---HARTFORD FINL SVCS HIG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 277. | | | | | BUY | 7/5 | J | | |
| 278. | | | | | BUY | 8/9 | J | | |
| 279. ---INTEL CORP INTC | A | Dividend | | | BUY | 6/1 | J | | |
| 280. | | | | | BUY | 7/5 | J | | |
| 281. | | | | | SELL | 8/9 | J | A | |
| 282. ---ITT CORP | A | Dividend | J | T | BUY | 6/1 | J | | |
| 283. | | | | | BUY | 7/5 | J | | |
| 284. | | | | | BUY | 8/9 | J | | |
| 285. ---JOHNSON & JOHNSON JNJ | A | Dividend | J | T | BUY | 6/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 286. | | | | | BUY | 7/5 | J | | |
| 287. | | | | | BUY | 8/9 | J | | |
| 288. ---LINEAR TECH CORP LLTC | A | Dividend | | | BUY | 6/1 | J | | |
| 289. | | | | | BUY | 7/5 | J | | |
| 290. | | | | | SELL | 8/9 | J | A | |
| 291. ---MCDONALDS MCD | A | Dividend | J | T | BUY | 6/1 | J | | |
| 292. | | | | | BUY | 7/5 | J | | |
| 293. ---MEDCO HLTH SOLUTIONS MHS | | | J | T | BUY | 6/1 | J | | |
| 294. | | | | | BUY | 7/5 | J | | |
| 295. | | | | | BUY | 8/9 | J | | |
| 296. ---MEDTRONICS INC MDT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 297. | | | | | BUY | 7/5 | J | | |
| 298. | | | | | BUY | 8/9 | J | | |
| 299. ---MFB NORTH FDS FX INC NOFIX | D | Dividend | N | T | BUY | 6/1 | L | | |
| 300. | | | | | BUY | 7/5 | L | | |
| 301. | | | | | . BUY | 8/9 | M | | |
| 302. ---MFB NORTH FDS INTL GRWTH EQ | C | Dividend | M | T | BUY | 6/1 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NOIGX | | | | | | | | | |
| 303. | | | | | BUY | 7/5 | K | | |
| 304. | | | | | BUY | 8/9 | L | | |
| 305. ---MFB NORTH FDS SML CAP VALUE NOSGX | A | Dividend | K | T | BUY | 6/1 | J | | |
| 306. | | | | | BUY | 7/5 | J | | |
| 307. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 308. ---MFB NORTH FDS MID CAP GRWTH NOMCX | | | K | T | BUY | 6/1 | J | | |
| 309. | | | | | BUY | 7/5 | J | | |
| 310. | | | | | BUY | 8/9 | J | | |
| 311. ---MFB NORTH HI YLD FXD INC NHFIX | C | Dividend | M | T | BUY | 6/1 | L | | |
| 312. | | | | | BUY | 7/5 | K | | |
| 313. | | | | | BUY | 8/9 | K | | |
| 314. ---MFB NORTH MM FND | D | Dividend | N | T | BUY | | N | | |
| 315. ---MFB NORTH US GOVT MMF | D | Dividend | | | BUY | 6/1 | M | | |
| 316. | | | | | SELL | 8/9 | M | A | |
| 317. ---MFC SELECT SECT SPDR ENERGY XLE | A | Dividend | K | T | BUY | 6/1 | J | | |
| 318. | | | | | BUY | 7/5 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 319. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 320.  ---MFC SELECT SECT SPDR FINL XLF | A | Dividend | K | T | BUY | 6/1 | K | | |
| 321. | | | | | BUY | 7/5 | K | | |
| 322. | | | | | BUY | 8/9 | J | | |
| 323.  ---MFC SELECT SECT SPDR SHS BEN INT-MAT XLB | A | Dividend | J | T | BUY | 6/1 | J | | |
| 324. | | | | | BUY | 7/5 | J | | |
| 325. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 326.  ---MFC SELECT SECT TECH XLK | A | Dividend | J | T | BUY | 6/1 | J | | |
| 327. | | | | | BUY | 7/5 | J | | |
| 328. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 329.  ---MICROCHIP TECH MCHP | A | Dividend | J | T | BUY | 6/1 | J | | |
| 330. | | | | | BUY | 7/5 | J | | |
| 331. | | | | | BUY | 8/9 | J | | |
| 332.  ---MCROSOFT CORP MSFT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 333. | | | | | BUY | 7/5 | J | | |
| 334. | | | | | BUY | 8/9 | J | | |
| 335.  ---MOTOROLA INC MOT | A | Dividend | J | T | BUY | 6/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 336. | | | | | BUY | 7/5 | J | | |
| 337. | | | | | BUY | 8/9 | J | | |
| 338.  ---NUCOR CORP NUE | A | Dividend | J | T | BUY | 6/1 | J | | |
| 339. | | | | | BUY | 7/5 | J | | |
| 340. | | | | | BUY | 8/9 | J | | |
| 341.  ---PEPSI CO INC PEP | A | Dividend | J | T | BUY | 6/1 | J | | |
| 342. | | | | | BUY | 7/5 | J | | |
| 343. | | | | | BUY | 8/9 | J | | |
| 344.  ---PRINCIPAL FINL GRP PFG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 345. | | | | | BUY | 7/5 | J | | |
| 346. | | | | | BUY | 8/9 | J | | |
| 347.  ---PROCTOR & GAMBLE PG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 348. | | | | | BUY | 7/5 | J | | |
| 349. | | | | | BUY | 8/9 | J | | |
| 350. | | | | | BUY | 12/12 | J | | |
| 351.  ---SCHLUMBERGER LTD SLB | A | Dividend | J | T | BUY | 6/1 | J | | |
| 352. | | | | | BUY | 7/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 353. | | | | | BUY | 8/9 | J | | |
| 354.   ---SELECT SECT SPDR INDL XLI | A | Dividend | K | T | BUY | 6/1 | J | | |
| 355. | | | | | BUY | 7/5 | J | | |
| 356. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 357.   ---STAPLES INC SPLS | | | J | T | BUY | 6/1 | J | | |
| 358. | | | | | BUY | 7/5 | J | | |
| 359.   ---SELECT SECT SPDR CNSMR DISCR XLY | A | Dividend | J | T | BUY | 8/9 | J | | |
| 360.   ---STARBUCKS CORP SBUX | | | J | T | BUY | 6/1 | J | | |
| 361. | | | | | BUY | 7/5 | J | | |
| 362. | | | | | BUY | 8/9 | J | | |
| 363.   ---TARGET CORP TGT | A | Dividend | J | T | BUY | 6/1 | J | | |
| 364. | | | | | BUY | 7/5 | J | | |
| 365. | | | | | PARTIAL SALE | 8/9 | J | A | |
| 366.   ---TEXAS INSTRS TXN | A | Dividend | J | T | BUY | 6/1 | J | | |
| 367. | | | | | BUY | 7/5 | J | | |
| 368.   ---TRANSOCEAN INC RIG | | | J | T | BUY | 6/1 | J | | |
| 369. | | | | | BUY | 7/5 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes       P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)          Q =Appraisal             V =Other                 S =Assessment
                            U =Book Value                                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 370. | | | | | BUY | 8/9 | J | | |
| 371. ---UNITED TECH CORP UTX | A | Dividend | J | T | BUY | 6/1 | J | | |
| 372. | | | | | BUY | 7/5 | J | | |
| 373. | | | | | BUY | 12/12 | J | | |
| 374. ---VERIZON COMM VZ | A | Dividend | J | T | BUY | 6/1 | J | | |
| 375. | | | | | BUY | 7/5 | J | | |
| 376. | | | | | BUY | 8/9 | J | | |
| 377. | | | | | BUY | 12/12 | J | | |
| 378. ---WACHOVIA CORP WB | A | Dividend | J | T | BUY | 6/1 | J | | |
| 379. | | | | | BUY | 7/5 | J | | |
| 380. | | | | | BUY | 8/9 | J | | |
| 381. ---WALGREEN CO WAG | A | Dividend | J | T | BUY | 6/1 | J | | |
| 382. | | | | | BUY | 7/5 | J | | |
| 383. | | | | | BUY | 8/9 | J | | |
| 384. ---ZIMMER HLDGS ZMH | | | | | BUY | 6/1 | J | | |
| 385. | | | | | SALE | 7/5 | J | A | |
| 386. TRUST #7 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 387.  ---TEMPLETON FOREIGN CL A | D | Dividend | L | T | TRANSFER | 4/27 | L | | SEE PART VIII FOR DETAIL |
| 388.  TRUST #8 | | | | | | | | | |
| 389.  ---AMERICAN BALANCED CL A | B | Dividend | K | T | TRANSFER | 8/21 | K | | SEE PART VIII FOR DETAIL |
| 390. | | | | | | | | | |
| 391. | | | | | | | | | |
| 392. | | | | | | | | | |
| 393. | | | | | | | | | |
| 394. | | | | | | | | | |
| 395. | | | | | | | | | |
| 396. | | | | | | | | | |
| 397. | | | | | | | | | |
| 398. | | | | | | | | | |
| 399. | | | | | | | | | |
| 400. | | | | | | | | | |
| 401. | | | | | | | | | |
| 402. | | | | | | | | | |
| 403. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 404. | | | | | | | | | |
| 405. | | | | | | | | | |
| 406. | | | | | | | | | |
| 407. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:

LINE 1: PRIOR PERIOD ADJUSTMENT. THIS CD WAS LIQUIDATED ON 11/30/04.

LINES 3-14 : MOST INVESTMENTS WERE SOLD AND PROCEEDS WERE TRANSFERRED TO NORTHERN TRUST #5.

LINE 17: PRIOR PERIOD ADJUSTMENT. THIS ACCOUNT WAS CLOSED 11/13/05.

LINE 18: STOCK SOLD & PROCEEDS TRANSFERRED TO NORTHERN TRUST #5.

LINE 23: ACCOUNT WAS CLOSED IN JUNE 2006.

LINE 24: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND TRANSFERRED TO NORTHERN TRUST #5.

LINE 30: STOCK SOLD & PROCEEDS TRANSFERRED TO NORTHERN TRUST #5.

LINES 33-49: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND/OR TRANSFERRED TO NORTHERN TRUST #5.

LINES 50-55: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND/OR TRANSFERRED TO NORTHERN TRUST #5.

LINES 56-77: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND/OR TRANSFERRED TO NORTHERN TRUST #5.

LINE 65: PRIOR PERIOD ADJUSTMENT. THIS BOND WAS REDEEMED IN DECEMBER 2003.

LINE 96: ACCOUNT WAS CLOSED. INVESTMENT WAS TRANSFERRED TO NORTHERN TRUST #7.

LINE 98: ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND TRANSFERRED TO NORTHERN TRUST #6.

LINES 99-105: 401K ACCOUNT WAS CLOSED. INVESTMENTS WERE SOLD AND/OR TRANSFERRED TO NORTHERN TRUST #6.

LINE 107: ACCOUNT WAS CLOSED. INVESTMENT WAS TRANSFERRED TO NORTHERN TRUST #8.

LINES 117-224: PROCEEDS OR INVESTMENTS WERE RECEIVED FROM SCHWAB ACCOUNTS #1, #2, #3.

LINES 225-385: PROCEEDS OR INVESTMENTS WERE RECEIVED FROM 401K VANGUARD FUNDS AND SCHWAB #2.

LINE 387: INVESTMENT WAS TRANSFERRED FROM IRA#1.

LINE 389: INVESTMENT WAS TRANSFERRED FROM SEP IRA- BANK OF AMERICA.

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 6/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date __6/11/07_____

NOTE: ANY ███████████████████████FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544